| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served by Publication | 2421 – Served By Publication |
| SUMMONS | ALIAS – SUMMONS |

(8/01/018) CCG 0001 A

FILED DATE: 10/19/2020 11:29 AM 2020L011144

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ROSE MOSS, )
)
Plaintiff, )
)
v. )
)
SCOTT SHELTON, individually and as agent of )
SILTWORM INC., and EROSION )
AND SEDIMENT SERVICES, LLC., )
)
Defendants. )

Please Serve: 2020L011144
Erosion and Sediment Services, LLC
c/o Rexford Polovitch or Registered Agent
7037 Grand Blvd
Hobart, IN 46342

LC SHERIFF DEPT 2020 OCT 22 AM 11:14

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at the Office of the Clerk of this Court at the Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602 and all other Clerk's Office locations.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312) 263-1250
Attorney No.: 21626

WITNESS, _____, _____

10/19/2020 11:29 AM DOROTHY BROWN
_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Civil Action Cover Sheet - Case Initiation **12-Person Jury** (05/27/16) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ROSE MOSS

v.

SCOTT SHELTON, individually and as agent of SILTWORM INC and EROSION AND SEDIMENT SERVICES LLS

No. 2020L011144

FILED DATE: 10/19/2020 11:29 AM  2020L011144

FILED
10/19/2020 11:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10820774

(FILE STAMP)

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☒ Yes ☐ No

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
☒ 027  Motor Vehicle
☐ 040  Medical Malpractice
☐ 047  Asbestos
☐ 048  Dram Shop
☐ 049  Product Liability
☐ 051  Construction Injuries
          (including Structural Work Act, Road
          Construction Injuries Act and negligence)
☐ 052  Railroad/FELA
☐ 053  Pediatric Lead Exposure
☐ 061  Other Personal Injury/Wrongful Death
☐ 063  Intentional Tort
☐ 064  Miscellaneous Statutory Action
          (Please Specify Below**)
☐ 065  Premises Liability
☐ 078  Fen-phen/Redux Litigation
☐ 199  Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
☐ 007  Confessions of Judgment
☐ 008  Replevin
☐ 009  Tax
☐ 015  Condemnation
☐ 017  Detinue
☐ 029  Unemployment Compensation
☐ 031  Foreign Transcript
☐ 036  Administrative Review Action
☐ 085  Petition to Register Foreign Judgment
☐ 099  All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**
CASE TYPES:
☐ 002  Breach of Contract
☐ 070  Professional Malpractice
          (other than legal or medical)
☐ 071  Fraud (other than legal or medical)
☐ 072  Consumer Fraud
☐ 073  Breach of Warranty
☐ 074  Statutory Action
          (Please specify below.**)
☐ 075  Other Commercial Litigation
          (Please specify below.**)
☐ 076  Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
☐ 062  Property Damage
☐ 066  Legal Malpractice
☐ 077  Libel/Slander
☐ 079  Petition for Qualified Orders
☐ 084  Petition to Issue Subpoena
☐ 100  Petition for Discovery

** _____
_____

Primary Email: bsmith@mablawltd.com

Secondary Email: secretary@mablawltd.com

By: Brent A. Smith
        (Attorney)                              (Pro Se)

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

FILED
10/19/2020 11:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 10/19/2020 11:29 AM   2020L011144

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROSE MOSS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT SHELTON, individually and as agent of )<br>SILTWORM INC., and EROSION )<br>AND SEDIMENT SERVICES, LLC., )<br>)<br>Defendants. ) | Court No.: 2020L011144 |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, ROSE MOSS, by and through her attorneys, BRUSTIN & LUNDBLAD, LTD., and complaining of the Defendants, SCOTT SHELTON, individually and as agent of SILTWORM INC., and EROSION AND SEDIMENT SERVICES, LLC., states as follows:

### COUNT I – SCOTT SHELTON

1. On or about September 23, 2019, Plaintiff, ROSE MOSS, was a passenger in an automobile that was stopped in an eastbound direction on the Illinois 394 southbound exit ramp to yield for traffic at or near its intersection with Lincoln Highway East in Bloom Township, County of Cook and State of Illinois.

2. On or about September 23, 2019, Defendant, SCOTT SHELTON, was the driver of a vehicle operated, maintained, owned and/or controlled by Defendants SILTWORM INC., and/or EROSION AND SEDIMENT SERVICES, LLC.

3. That on or about September 23, 2019, Defendant, SCOTT SHELTON, was operating said vehicle in an eastbound direction on the Illinois 394 southbound exit ramp at or near its intersection with Lincoln Highway East in Bloom Township, County of Cook and State of Illinois.

4. That on September 23, 2019, Defendant, SCOTT SHELTON, was the employee and/or agent of Defendants SILTWORM INC. and/or EROSION AND SEDIMENT SERVICES, LLC, and was engaged in the business of SILTWORM INC., and/or EROSION AND SEDIMENT SERVICES, LLC.

5. That it was the duty of the Defendant, SCOTT SHELTON, individually and as employee and/or agent of Defendants SILTWORM INC., and/or EROSION AND SEDIMENT SERVICES, LLC, to exercise due care while operating the abovementioned vehicle.

6. Notwithstanding the abovementioned duty Defendant, SCOTT SHELTON, individually and as employee and/or agent of Defendants SILTWORM INC., and/or EROSION AND SEDIMENT SERVICES, LLC, committed one or more of the following acts of negligence:

> a) Drove his vehicle at a speed which was greater than reasonable and proper for conditions in violation of 625 ILCS Section 5/11 – 601;
>
> b) Failed to maintain a proper lookout for traffic conditions and vehicles ahead;
>
> c) Followed vehicles ahead too closely in violation of 625 ILCS Section 5/11 – 710; or,

FILED DATE: 10/19/2020 11:29 AM 2020L011144

d) Failed to stop his vehicle in time to avoid a collision.

7. That as a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions, the vehicle operated by Defendant, SCOTT SHELTON, struck and collided with the rear-end of the vehicle in which Plaintiff was a passenger.

8. That as a direct and proximate result of one or more the aforesaid careless and negligent acts and/or omissions of the Defendant, SCOTT SHELTON, the Plaintiff, ROSE MOSS, then and there sustained severe and permanent injuries, was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost or will lose, income and earning capacity. Further, Plaintiff, ROSE MOSS, suffered great pain and anguish, both in mind and bodies, and will, in the future, continue to suffer. Plaintiff, ROSE MOSS, further expended and became liable for and will expend and become liable for additional sums of money in the future for medical care and services to treat her injuries.

WHEREFORE, the Plaintiff, ROSE MOSS, by and through her attorneys, BRUSTIN & LUNDBLAD, LTD., prays for judgment against the Defendant, SCOTT SHELTON individually and as employee and agent of defendant SILTWORM INC., and/or EROSION AND SEDIMENT SERVICES, LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

## COUNT II – SILTWORM INC.

1. Plaintiff re-alleges paragraph 1-7 of Count I as if fully set forth herein.

8. That as a direct and proximate result of one or more the aforesaid careless and negligent acts and/or omissions of the Defendant, SCOTT SHELTON, individually and as employee and agent of defendant SILTWORM INC., the Plaintiff, ROSE MOSS, then and there

sustained severe and permanent injuries, was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost or will lose, income and earning capacity. Further, Plaintiff, ROSE MOSS, suffered great pain and anguish, both in mind and bodies, and will, in the future, continue to suffer. Plaintiff, ROSE MOSS, further expended and became liable for and will expend and become liable for additional sums of money in the future for medical care and services to treat her injuries.

WHEREFORE, the Plaintiff, ROSE MOSS, by and through her attorneys, BRUSTIN & LUNDBLAD, LTD., prays for judgment against the Defendant, SILTWORM INC., in an amount in excess of Fifty Thousand Dollars ($50,000.00).

### COUNT III – EROSION AND SEDIMENT SERVICES LLC.

1.   Plaintiff re-alleges paragraph 1-7 of Count I as if fully set forth herein.

8.   That as a direct and proximate result of one or more the aforesaid careless and negligent acts and/or omissions of the Defendant, SCOTT SHELTON, individually and as employee and agent of Defendant, EROSION AND SEDIMENT SERVICES, LLC, the Plaintiff, ROSE MOSS, then and there sustained severe and permanent injuries, was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost or will lose, income and earning capacity. Further, Plaintiff, ROSE MOSS, suffered great pain and anguish, both in mind and bodies, and will, in the future, continue to suffer. Plaintiff, ROSE MOSS, further expended and became liable for and will expend and become liable for additional sums of money in the future for medical care and services to treat her injuries.

WHEREFORE, the Plaintiff, ROSE MOSS, by and through her attorneys, BRUSTIN &

FILED DATE: 10/19/2020 11:29 AM   2020L011144

LUNDBLAD, LTD., prays for judgment against the Defendant, EROSION AND SEDIMENT SERVICES, LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

Respectfully submitted,

**BRUSTIN & LUNDBLAD, LTD.**

By: /s/ Brent A. Smith
Brent A. Smith

Brent A. Smith
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
bsmith@mablawltd.com
Firm ID: 21626
*Attorney for Plaintiff*

FILED
10/19/2020 11:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 10/19/2020 11:29 AM    2020L011144

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT LAW DIVISION

| | |
|---|---|
| ROSE MOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Court No.: 2020L011144 |
| | ) |
| SCOTT SHELTON, individually and as agent of SILTWORM INC., and EROSION AND SEDIMENT SERVICES, LLC., | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222(b)

I, Brent A. smith, one of the attorneys representing Plaintiff, hereby certify that, based on his experience in handling personal injury clams, the total of money damages sought in this case exceeds $50,000.00.

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.

/s/ Brent A. Smith
Brent A. Smith

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn Street, 7th Floor
Chicago, IL 60602
Atty No. 21626
bsmith@mablawltd.com